Ash v. Burnham Corp.

DR. CLARENCE E. ASH, VIRGINIA N. ASH, BARBARA J. DEAN AND RODNEY A. DEAN v. BURNHAM CORPORATION

No. 323A86

(Filed 4 November 1986)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 80 N.C. App. 459, 343 S.E. 2d 2 (1986), which reversed the order denying the defendant's motion to dismiss for lack of personal jurisdiction entered by *Grist, J.*, on 24 July 1985 in Superior Court, MECKLENBURG County. Heard in the Supreme Court 13 October 1986.

*Golding, Crews, Meekins & Gordon, by Rodney Dean, for plaintiff-appellants.*

*Womble Carlyle Sandridge & Rice, by Allan R. Gitter and William A. Blancato, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.

Justice MITCHELL did not participate in the consideration or decision of this case.